IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA N. JORDAN,<br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>Defendant. | CIVIL ACTION NO.<br>1:26-cv-6244-LMM-CMS |

**ORDER**

On October 26, 2026, I issued an Order requiring Plaintiff Tamara N. Jordan to file a certificate of interested persons no later than Monday, November 2, 2026. [Doc. 4]. I warned that "[f]ailure to file a certificate of interested persons by the stated deadline may result in a recommendation that sanctions be imposed, including dismissal of the case." [*Id.*]. As of today's date, the docket reflects that Plaintiff still has not filed a certificate of interested persons.

Local Rule 41.3(A) provides, in pertinent part, that "[t]he Court may, with or without notice to the parties, dismiss a civil case for want of prosecution if . . . [a] plaintiff . . . shall . . . fail or refuse to obey a lawful order of the Court in the case." LR 41.3(A)(2), NDGa.

Given Plaintiff's failure to comply with my prior Order requiring Plaintiff to file a certificate of interested persons, Plaintiff is hereby **ORDERED** to show cause in writing, within **SEVEN DAYS** of the date of this Order, why this case should not

be dismissed for want of prosecution and/or for failure to obey a lawful order of this Court, in accordance with the Federal and Local Rules. Failure to timely respond shall result in a recommendation that this case be dismissed.

**SO ORDERED**, this 12th day of November, 2026.

Catherine M. Salinas
United States Magistrate Judge